JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAIME BERMUDEZ MARTINEZ,

      Petitioner,

   v.

JOSHUA JOHNSON, ETC., ET AL.,

      Respondents.

No. ED CV 26-1842-E

JUDGMENT

Pursuant to the "Order Denying Petition for Writ of Habeas Corpus," it is adjudged that the Petition is denied and dismissed with prejudice.

DATED:  May 18, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE